### DREW *et al.* v. DREW.

GILBERT, J. This was a suit to enjoin the sale of land under a power contained in a security deed. Under the pleadings and the evidence the court did not err in refusing to grant an interlocutory injunction.

*Judgment affirmed. All the Justices concur, except Fish, C. J., absent because of sickness.*

No. 2824. MARCH 18, 1922.

Petition for injunction. Before Judge Hammond. Burke superior court. August 22, 1921.

*Alfred Herrington Jr.,* for plaintiffs.

*E. V. Heath,* for defendant.